**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6518**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICARDO ANTONIO DE LOS SANTOS-MORA,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Robert G. Doumar, Senior District Judge.  (CR-96-49)

---

Submitted:  June 17, 1999                Decided:  June 25, 1999

---

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ricardo Antonio De Los Santos-Mora, Appellant Pro Se.  Robert Edward Bradenham, II, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricardo Antonio De Los Santos-Mora appeals the district court's order denying his motion for reconsideration of the district court's order reducing his sentence pursuant to the Government's Fed. R. Crim. P. 35(b) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. De Los Santos-Mora</u>, No. CR-96-49 (E.D. Va. Mar. 26, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2